# EXHIBIT B

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ONONDAGA**

| | |
|---|---|
| SHELBY POSTON, on behalf of herself and others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>SYRACUSE UNIVERSITY,<br><br>         Defendant. | Index No. 10084/2021<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that on December 30, 2021, Defendant Syracuse University filed a Notice of Removal in the above-captioned matter in the United States District Court for the Northern District of New York. A true and correct copy of the Notice of Removal is attached hereto and incorporated by reference as Exhibit 1.

Dated: December 30, 2021
   New York, New York

                 Respectfully submitted,

                 By: _____

                 Katya Jestin
                 JENNER & BLOCK LLP
                 1155 Avenue of the Americas
                 New York, New York 10036-2711
                 kjestin@jenner.com
                 Tel: 212-891-1600
                 Fax: 212-891-1699

                 *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2021, a copy of this Notice of Filing of Notice of Removal was served via e-mail and first-class mail on the following counsel of record for Plaintiff:

John C. Cherundolo
CHERUNDOLO LAW FIRM, PLLC
AXA Tower I, 15th Floor
100 Madison Street
Syracuse, New York 13202
(315) 449-9500
jcherundolo@cherundololawfirm.com

Michael A. Tompkins, Esq.
Jeffrey K. Brown, Esq.
Anthony M. Alesandro, Esq.
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com
jbrown@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

Gary F. Lynch, Esq.
Edward W. Ciolko, Esq.
Nicholas A. Colella, Esq.
LYNCH CARPENTER, LLP
1133 Penn Avenue 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com
eciolko@lcllp.com
nickc@lcllp.com

                                                     By: _____
                                                          KATYA JESTIN