## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELBY POSTON, on behalf of herself and other individuals similarly situated,<br><br>                                        Plaintiffs,<br><br>       against<br><br>SYRACUSE UNIVERSITY,<br><br>                                        Defendant. | Case No. 5:21-cv-01386-TJM-TWD |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Shelby Poston ("Plaintiff") and Syracuse University ("Defendant") hereby stipulate, by and through their respective counsel, to dismissal with prejudice of all claims asserted by Plaintiff in her original, amended, and proposed complaints filed in this case and all claims that Plaintiff could have brought against Defendant in connection with the events described therein.  It is further stipulated that each side will bear its own costs, expenses, and fees.

Dated: December 1, 2023

**LEEDS BROWN LAW, P.C.**

By: */s/ Jeffrey K. Brown*
Jeffrey K. Brown, Esq.
Michael A. Tompkins, Esq.
*Attorneys for Plaintiffs*
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
E: jbrown@leedsbrownlaw.com
E: Mtompkins@leedsbrownlaw.com

**JENNER & BLOCK LLP**

By: */s/ David W. DeBruin*
David W. DeBruin
Ishan K. Bhabha (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
ddebruin@jenner.com
ibhabha@jenner.com
lhartz@jenner.com
Tel: 202-639-6000

Fax: 202-639-6066

Paul B. Rietema (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
prietema@jenner.com
Tel: 312-840-7208
Fax: 312-840-7308

*Attorneys for Defendant*