UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELBY POSTON, on behalf of herself and other individuals similarly situated,<br><br>                                 Plaintiffs,<br><br>    against<br><br>SYRACUSE UNIVERSITY,<br><br>                                 Defendant. | Case No. 5:21-cv-01386-TJM-TWD |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.3, and being that no party hereto is an infant or incompetent, Shelby Poston ("Plaintiff") and Syracuse University ("Defendant") hereby stipulate, by and through their respective counsel, to dismissal with prejudice of all claims asserted by Plaintiff in her original, amended, and proposed complaints filed in this case and all claims that Plaintiff could have brought against Defendant in connection with the events described therein. It is further stipulated that each side will bear its own costs, expenses, and fees.

Dated: December 4, 2023

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.** | **JENNER & BLOCK LLP** |
| By: */s/ Jeffrey K. Brown*_____ | By: */s/ David W. DeBruin*_____ |
| Jeffrey K. Brown, Esq. | David W. DeBruin |
| Michael A. Tompkins, Esq. | Ishan K. Bhabha (*pro hac vice*) |
| Anthony M. Alesandro, Esq. | Lauren J. Hartz (*pro hac vice*) |
| *Attorneys for Plaintiffs* | JENNER & BLOCK LLP |
| One Old Country Road, Suite 347 | 1099 New York Avenue NW, Suite 900 |
| Carle Place, NY 11514 | Washington, DC 20001-4412 |
| Tel: (516) 873-9550 | ddebruin@jenner.com |
| E: jbrown@leedsbrownlaw.com | ibhabha@jenner.com |

E: Mtompkins@leedsbrownlaw.com
E: aalesandro@leedsbrownlaw.com

LYNCH CARPENTER, LLP
Gary F. Lynch, Esq.
Nicholas A. Colella, Esq.
1133 Penn Avenue
Pittsburgh, PA 15222
P. (412) 322-9243
F. (412) 231-0246
gary@lcllp.com
nickc@lcllp.com

CHERUNDOLO LAW FIRM, PLLC
John C. Cherundolo
Equitable Tower I, 15th Floor
100 Madison Street
Syracuse, New York 13202
(315) 449-9500
jcherundolo@cherundololawfirm.com

Edward W. Ciolko
STERLINGTON PLLC
One World Trade Center, 85th Floor
New York, New York 10007
Edward.ciolko@sterlingtonlaw.com
T: 212 433-2993

*Attorneys for Plaintiff*

lhartz@jenner.com
Tel: 202-639-6000
Fax: 202-639-6066

Paul B. Rietema (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
prietema@jenner.com
Tel: 312-840-7208
Fax: 312-840-7308

*Attorneys for Defendant*