## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELBY POSTON, on behalf of herself and other individuals similarly situated,<br><br>         Plaintiffs,<br><br> against<br><br>SYRACUSE UNIVERSITY,<br><br>         Defendant. | Case No. 5:21-cv-01386-TJM-TWD |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.3, and being that no party hereto is an infant or incompetent, Shelby Poston ("Plaintiff") and Syracuse University ("Defendant") hereby stipulate, by and through their respective counsel, to dismissal with prejudice of all claims asserted by Plaintiff in her original, amended, and proposed complaints filed in this case and all claims that Plaintiff could have brought against Defendant in connection with the events described therein. It is further stipulated that each side will bear its own costs, expenses, and fees.

Dated: December 4, 2023

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.** | **JENNER & BLOCK LLP** |
| By: */s/ Jeffrey K. Brown*_____ | By: */s/ David W. DeBruin*_____ |
| Jeffrey K. Brown, Esq. | David W. DeBruin |
| Michael A. Tompkins, Esq. | Ishan K. Bhabha (*pro hac vice*) |
| Anthony M. Alesandro, Esq. | Lauren J. Hartz (*pro hac vice*) |
| *Attorneys for Plaintiffs* | JENNER & BLOCK LLP |
| One Old Country Road, Suite 347 | 1099 New York Avenue NW, Suite 900 |
| Carle Place, NY 11514 | Washington, DC 20001-4412 |
| Tel: (516) 873-9550 | ddebruin@jenner.com |
| E: jbrown@leedsbrownlaw.com | ibhabha@jenner.com |

| | |
|---|---|
| E: Mtompkins@leedsbrownlaw.com<br>E: aalesandro@leedsbrownlaw.com<br><br>LYNCH CARPENTER, LLP<br>Gary F. Lynch, Esq.<br>Nicholas A. Colella, Esq.<br>1133 Penn Avenue<br>Pittsburgh, PA 15222<br>P. (412) 322-9243<br>F. (412) 231-0246<br>gary@lcllp.com<br>nickc@lcllp.com<br><br>CHERUNDOLO LAW FIRM, PLLC<br>John C. Cherundolo<br>Equitable Tower I, 15th Floor<br>100 Madison Street<br>Syracuse, New York 13202<br>(315) 449-9500<br>jcherundolo@cherundololawfirm.com<br><br>Edward W. Ciolko<br>STERLINGTON PLLC<br>One World Trade Center, 85th Floor<br>New York, New York 10007<br>Edward.ciolko@sterlingtonlaw.com<br>T: 212 433-2993<br><br>*Attorneys for Plaintiff* | lhartz@jenner.com<br>Tel: 202-639-6000<br>Fax: 202-639-6066<br><br>Paul B. Rietema (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>prietema@jenner.com<br>Tel: 312-840-7208<br>Fax: 312-840-7308<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED.

Dated:  12/6/2023

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge